# Doench Wealth Management, LLC Firm Brochure - Form ADV Part 2A

*This brochure provides information about the qualifications and business practices of Doench Wealth Management, LLC. If you have any questions about the contents of this brochure, please contact us at (843) 422-6478 or by email at: briandoench@gmail.com. The information in this brochure has not been approved or verified by the United States Securities and Exchange Commission or by any state securities authority.*

*Additional information about Doench Wealth Management, LLC is also available on the SEC's website at [www.adviserinfo.sec.gov](www.adviserinfo.sec.gov). Doench Wealth Management, LLC's CRD number is: 171515.*

1504 Bay Road, Suite 2901
Miami Beach, FL 33139
Main: (843) 422-6478
Fax: (843) 628-4855
briandoench@gmail.com

*Registration does not imply a certain level of skill or training.*

Version Date: 12/19/2014

i



# Item 2: Material Changes

Doench Wealth Management, LLC has not yet filed an annual updating amendment using the Form ADV Part 2A. Therefore there are no material changes to report.

# Item 3: Table of Contents

Item 1: Cover Page

Item 2: Material Changes ........................................................................................................................... ii

Item 3: Table of Contents ......................................................................................................................... iii

Item 4: Advisory Business ......................................................................................................................... 2

    A. Description of the Advisory Firm ................................................................................................. 2

    B. Types of Advisory Services ......................................................................................................... 2

    C. Client Tailored Services and Client Imposed Restrictions .......................................................... 3

    D. Wrap Fee Programs ..................................................................................................................... 3

    E. Assets Under Management ......................................................................................................... 3

Item 5: Fees and Compensation ............................................................................................................... 4

    A. Fee Schedule ............................................................................................................................... 4

    B. Payment of Fees .......................................................................................................................... 4

    C. Client Responsibility For Third Party Fees .................................................................................. 4

    D. Prepayment of Fees .................................................................................................................... 4

    E. Outside Compensation For the Sale of Securities to Clients ...................................................... 5

        1. This is a Conflict of Interest ................................................................................................ 5

        2. Clients Have the Option to Purchase Recommended Products From Other Brokers ...... 5

        3. Commissions are not the Primary Source of Income for DWM ........................................ 5

        4. Advisory Fees in Addition to Commissions or Markups .................................................... 5

Item 6: Performance-Based Fees and Side-By-Side Management ......................................................... 5

Item 7: Types of Clients ............................................................................................................................. 6

Item 8: Methods of Analysis, Investment Strategies, and Risk of Investment Loss ................................. 6

    A. Methods of Analysis and Investment Strategies ......................................................................... 6

    B. Material Risks Involved ................................................................................................................ 7

    C. Risks of Specific Securities Utilized ............................................................................................. 8

Item 9: Disciplinary Information ................................................................................................................. 9

    A. Criminal or Civil Actions ............................................................................................................... 9

    B. Administrative Proceedings ......................................................................................................... 9

    C. Self-regulatory Organization (SRO) Proceedings ....................................................................... 9

Item 10: Other Financial Industry Activities and Affiliations .................................................................... 10

    A. Registration as a Broker/Dealer or Broker/Dealer Representative .......................................... 10

    B. Registration as a Futures Commission Merchant, Commodity Pool Operator, or a Commodity Trading Advisor ................ 10

    C. Registration Relationships Material to this Advisory Business and Possible Conflicts of Interests ........................... 10

    D. Selection of Other Advisers or Managers and How This Adviser is Compensated for Those Selections ...................... 10

Item 11: Code of Ethics, Participation or Interest in Client Transactions and Personal Trading ............ 11

| | | |
|---|---|---|
| A. | Code of Ethics | 11 |
| B. | Recommendations Involving Material Financial Interests | 11 |
| C. | Investing Personal Money in the Same Securities as Clients | 11 |
| D. | Trading Securities At/Around the Same Time as Clients' Securities | 11 |

Item 12: Brokerage Practices ... 12
| | | |
|---|---|---|
| A. | Factors Used to Select Custodians and/or Broker/Dealers | 12 |
| 1. | Research and Other Soft-Dollar Benefits | 12 |
| 2. | Brokerage for Client Referrals | 12 |
| 3. | Clients Directing Which Broker/Dealer/Custodian to Use | 12 |
| B. | Aggregating (Block) Trading for Multiple Client Accounts | 13 |

Item 13: Reviews of Accounts ... 13
| | | |
|---|---|---|
| A. | Frequency and Nature of Periodic Reviews and Who Makes Those Reviews | 13 |
| B. | Factors That Will Trigger a Non-Periodic Review of Client Accounts | 13 |
| C. | Content and Frequency of Regular Reports Provided to Clients | 13 |

Item 14: Client Referrals and Other Compensation ... 13
| | | |
|---|---|---|
| A. | Economic Benefits Provided by Third Parties for Advice Rendered to Clients (Includes Sales Awards or Other Prizes) | 13 |
| B. | Compensation to Non – Advisory Personnel for Client Referrals | 14 |

Item 15: Custody ... 14
Item 16: Investment Discretion ... 14
Item 17: Voting Client Securities (Proxy Voting) ... 14
Item 18: Financial Information ... 14
| | | |
|---|---|---|
| A. | Balance Sheet | 14 |
| B. | Financial Conditions Reasonably Likely to Impair Ability to Meet Contractual Commitments to Clients | 15 |
| C. | Bankruptcy Petitions in Previous Ten Years | 15 |

Item 19: Requirements For State Registered Advisers ... 15
| | | |
|---|---|---|
| A. | Principal Executive Officers and Management Persons; Their Formal Education and Business Background | 15 |
| B. | Other Businesses in Which This Advisory Firm or its Personnel are Engaged and Time Spent on Those (If Any) | 15 |
| C. | How Performance-based Fees are Calculated and Degree of Risk to Clients | 15 |
| D. | Material Disciplinary Disclosures for Management Persons of this Firm | 15 |
| E. | Material Relationships That Management Persons Have With Issuers of Securities (If Any) | 15 |

## Item 4: Advisory Business

*Business Description*

We provide services to individuals and high-net-worth individuals concerning mutual funds, fixed income securities, equities, ETFs (including ETFs in the gold and precious metal sectors) and non-U.S. securities. As a registered investment adviser, we are held to the highest standard of client care – a fiduciary standard. As a fiduciary, we always put our client's interests first and must fully disclose any potential conflict of interest. We do not hold customer funds or securities.

### A. Description of the Advisory Firm

Doench Wealth Management, LLC (hereinafter "DWM") is a Limited Liability Company organized in the State of Florida. The firm was formed in April 2014, and the principal owner is Brian Harold Doench.

### B. Types of Advisory Services

*Portfolio Management Services*

DWM offers ongoing portfolio management services based on the individual goals, objectives, time horizon, and risk tolerance of each client. DWM creates an Investment Policy Statement for each client, which outlines the client's current situation (income, tax levels, and risk tolerance levels) and then constructs a plan to aid in the selection of a portfolio that matches each client's specific situation. Portfolio management services include, but are not limited to, the following:

- Investment strategy
- Asset allocation
- Risk tolerance
- Personal investment policy
- Asset selection
- Regular portfolio monitoring

DWM evaluates the current investments of each client with respect to their risk tolerance levels and time horizon. DWM will request discretionary authority from clients in order to select securities and execute transactions without permission from the client prior to each transaction. Risk tolerance levels are documented in the Investment Policy Statement, which is given to each client.

DWM seeks to provide that investment decisions are made in accordance with the fiduciary duties owed to its accounts and without consideration of DWM's economic, investment or other financial interests. To meet its fiduciary obligations, DWM attempts to avoid, among other things, investment or trading practices that systematically advantage or disadvantage certain client portfolios, and accordingly, DWM's policy is to seek fair and equitable allocation of investment opportunities/transactions among its clients to avoid favoring one client over another over time. It is DWM's policy to allocate

investment opportunities and transactions it identifies as being appropriate and prudent among its clients on a fair and equitable basis over time.

*Services Limited to Specific Types of Investments*

DWM generally limits its investment advice to mutual funds, fixed income securities, equities, ETFs (including ETFs in the gold and precious metal sectors) and non-U.S. securities. DWM primarily recommends ETF's and equity securities and will rarely invest in mutual funds, unless a client already holds them. Non-U.S. securities exposure is primarily through emerging market ETFs. ADRs make up a small percentage of the portfolio. DWM may use other securities as well to help diversify a portfolio when applicable.

## C. Client Tailored Services and Client Imposed Restrictions

DWM will tailor a program for each individual client. Beyond a risk tolerance appraisal, DWM considers the client's investment time horizon along with near- and longer-term liquidity needs and the tax implications of various investment transactions. This will include an interview session to get to know the client's specific needs and requirements as well as a plan that will be executed by DWM on behalf of the client. DWM may use "model portfolios" together with a specific set of recommendations for each client based on their personal restrictions, needs, and targets. Clients may impose restrictions in investing in certain securities or types of securities in accordance with their values or beliefs. However, if the restrictions prevent DWM from properly servicing the client account, or if the restrictions would require DWM to deviate from its standard suite of services, DWM reserves the right to end the relationship.

## D. Wrap Fee Programs

A wrap fee program is an investment program where the investor pays one stated fee that includes management fees, transaction costs, fund expenses, and other administrative fees. DWM does not participate in any wrap fee programs.

## E. Assets Under Management

DWM has the following assets under management:

| Discretionary Amounts: | Non-discretionary Amounts: | Date Calculated: |
|---|---|---|
| $0 | $0 | May 2014 |

3

# Item 5: Fees and Compensation

## A. Fee Schedule

*Asset-Based Fees for Portfolio Management*

| Total Assets Under Management | Annual Fee |
|---|---|
| Up to $1,000,000 | 1.50% |
| $1,000,001 - $2,000,000 | 1.25% |
| $2,000,001 - and up | 1.00% |

These fees are generally negotiable and the final fee schedule is attached as Exhibit II of the Investment Advisory Contract. Clients may terminate the agreement without penalty for a full refund of DWM's fees within five business days of signing the Investment Advisory Contract. Thereafter, clients may terminate the Investment Advisory Contract generally with 14 days' written notice.

DWM uses the client's account balance at the end of the month or quarter, based on client's preference, for purposes of determining the market value of the assets upon which the advisory fee is based, after taking into account deposits and withdrawals.

## B. Payment of Fees

*Payment of Asset-Based Portfolio Management Fees*

Asset-based portfolio management fees are withdrawn directly from the client's accounts with client's written authorization on a monthly or quarterly basis, depending on client preference. Fees are paid in arrears.

## C. Client Responsibility For Third Party Fees

Clients are responsible for the payment of all third party fees (i.e. custodian fees, brokerage fees, mutual fund fees, transaction fees, etc.). Those fees are separate and distinct from the fees and expenses charged by DWM. Please see Item 12 of this brochure regarding broker-dealer/custodian.

## D. Prepayment of Fees

DWM collects its fees in arrears. It does not collect fees in advance.

### E. Outside Compensation For the Sale of Securities to Clients

Brian Harold Doench, in his role as a licensed insurance agent, accepts compensation for the sale of securities to DWM clients.

#### 1. *This is a Conflict of Interest*

The supervised persons will accept compensation for the sale of securities or other investment products, including asset based sales charges or service fees from the sale of mutual funds to its clients. This presents a conflict of interest and gives the supervised person an incentive to recommend products based on the compensation received rather than on the client's needs. When recommending the sale of securities or investment products for which the supervised persons receives compensation, they will document the conflict of interest in the client file and inform the client of the conflict of interest.

#### 2. *Clients Have the Option to Purchase Recommended Products From Other Brokers*

Clients always have the option to purchase DWM recommended products through other brokers or agents that are not affiliated with DWM.

#### 3. *Commissions are not the Primary Source of Income for DWM*

Commissions are not DWM's primary source of compensation.

#### 4. *Advisory Fees in Addition to Commissions or Markups*

Advisory fees that are charged to clients are not reduced to offset the commissions or markups on securities or investment products recommended to clients.

## Item 6: Performance-Based Fees and Side-By-Side Management

DWM does not accept performance-based fees or other fees based on a share of capital gains on or capital appreciation of the assets of a client.

# Item 7: Types of Clients

DWM generally provides advisory services to the following types of clients:

- ❖ Individuals
- ❖ High-Net-Worth Individuals

## *Minimum Account Size for Portfolio Management*

There is an account minimum of $5,000, which may be waived by DWM in its discretion.

# Item 8: Methods of Analysis, Investment Strategies, and Risk of Investment Loss

### A. Methods of Analysis and Investment Strategies

#### *Methods of Analysis*

DWM's methods of analysis include charting analysis, fundamental analysis, technical analysis, cyclical analysis, quantitative analysis and modern portfolio theory.

**Charting analysis** involves the use of patterns in performance charts. DWM uses this technique to search for patterns used to help predict favorable conditions for buying and/or selling a security.

**Fundamental analysis** involves the analysis of financial statements, the general financial health of companies, and/or the analysis of management or competitive advantages.

**Technical analysis** involves the analysis of past market data; primarily price and volume.

**Cyclical analysis** involves the analysis of business cycles to find favorable conditions for buying and/or selling a security.

**Quantitative analysis** deals with measurable factors as distinguished from qualitative considerations such as the character of management or the state of employee morale, such as the value of assets, the cost of capital, historical projections of sales, and so on.

**Modern portfolio theory** is a theory of investment that attempts to maximize portfolio expected return for a given amount of portfolio risk, or equivalently minimize risk for a given level of expected return, each by carefully choosing the proportions of various asset.

#### *Investment Strategies*

DWM uses long term trading, short term trading and options trading (which will consist of covered calls and cash secured puts and spreads, but never naked calls).

**Investing in securities involves a risk of loss that you, as a client, should be prepared to bear.**

6

## B. Material Risks Involved

*Methods of Analysis*

**Charting analysis** strategy involves using and comparing various charts to predict long and short term performance or market trends. The risk involved in using this method is that only past performance data is considered without using other methods to crosscheck data. Using charting analysis without other methods of analysis would be making the assumption that past performance will be indicative of future performance. This may not be the case.

**Fundamental analysis** concentrates on factors that determine a company's value and expected future earnings. This strategy would normally encourage equity purchases in stocks that are undervalued or priced below their perceived value. The risk assumed is that the market will fail to reach expectations of perceived value.

**Technical analysis** attempts to predict a future stock price or direction based on market trends. The assumption is that the market follows discernible patterns and if these patterns can be identified then a prediction can be made. The risk is that markets do not always follow patterns and relying solely on this method may not take into account new patterns that emerge over time.

**Cyclical analysis** assumes that the markets react in cyclical patterns which, once identified, can be leveraged to provide performance. The risks with this strategy are two-fold: 1) the markets do not always repeat cyclical patterns; and 2) if too many investors begin to implement this strategy, then it changes the very cycles these investors are trying to exploit.

**Quantitative Model Risk:** Investment strategies using quantitative models may perform differently than expected as a result of, among other things, the factors used in the models, the weight placed on each factor, changes from the factors' historical trends, and technical issues in the construction and implementation of the models.

**Modern Portfolio Theory** assumes that investors are risk adverse, meaning that given two portfolios that offer the same expected return, investors will prefer the less risky one. Thus, an investor will take on increased risk only if compensated by higher expected returns. Conversely, an investor who wants higher expected returns must accept more risk. The exact trade-off will be the same for all investors, but different investors will evaluate the trade-off differently based on individual risk aversion characteristics. The implication is that a rational investor will not invest in a portfolio if a second portfolio exists with a more favorable risk-expected return profile – i.e., if for that level of risk an alternative portfolio exists which has better expected returns.

*Investment Strategies*

DWM's use of options trading generally holds greater risk, and clients should be aware that there is a material risk of loss using any of those strategies.

**Long term trading** is designed to capture market rates of both return and risk. Due to its nature, the long-term investment strategy can expose clients to various types of risk that

7

will typically surface at various intervals during the time the client owns the investments. These risks include but are not limited to inflation (purchasing power) risk, interest rate risk, economic risk, market risk, and political/regulatory risk.

**Short term trading** risks include liquidity, economic stability, and inflation, in addition to the long term trading risks listed above. Frequent trading can affect investment performance, particularly through increased brokerage and other transaction costs and taxes.

**Options transactions** involve a contract to purchase a security at a given price, not necessarily at market value, depending on the market. This strategy includes the risk that an option may expire out of the money resulting in minimal or no value, as well as the possibility of leveraged loss of trading capital due to the leveraged nature of stock options.

**Investing in securities involves a risk of loss that you, as a client, should be prepared to bear.**

### C. Risks of Specific Securities Utilized

DWM's use of options trading generally holds greater risk of capital loss. Clients should be aware that there is a material risk of loss using any investment strategy. The investment types listed below are not guaranteed or insured by the FDIC or any other government agency.

**Mutual Funds:** Investing in mutual funds carries the risk of capital loss and thus you may lose money investing in mutual funds. All mutual funds have costs that lower investment returns. The funds can be of bond "fixed income" nature (lower risk) or stock "equity" nature (mentioned below).

**Equity** investment generally refers to buying shares of stocks in return for receiving a future payment of dividends and/or capital gains if the value of the stock increases. The value of equity securities may fluctuate in response to specific situations for each company, industry conditions and the general economic environments.

**Fixed income** investments generally pay a return on a fixed schedule, though the amount of the payments can vary. This type of investment can include corporate and government debt securities, leveraged loans, high yield, and investment grade debt and structured products, such as mortgage and other asset-backed securities, although individual bonds may be the best known type of fixed income security. In general, the fixed income market is volatile and fixed income securities carry interest rate risk. (As interest rates rise, bond prices usually fall, and vice versa. This effect is usually more pronounced for longer-term securities.) Fixed income securities also carry inflation risk, liquidity risk, call risk, and credit and default risks for both issuers and counterparties. The risk of default on treasury inflation protected/inflation linked bonds is dependent upon the U.S. Treasury defaulting (extremely unlikely); however, they carry a potential risk of losing share price value, albeit rather minimal. Risks of investing in foreign fixed income securities also include the general risk of non-U.S. investing described below.

**Exchange Traded Funds (ETFs):** An ETF is an investment fund traded on stock exchanges, similar to stocks. Investing in ETFs carries the risk of capital loss (sometimes up to a 100%

8

loss in the case of a stock holding bankruptcy). Areas of concern include the lack of transparency in products and increasing complexity, conflicts of interest and the possibility of inadequate regulatory compliance. Precious Metal ETFs (e.g., Gold, Silver, or Palladium Bullion backed "electronic shares" not physical metal) specifically may be negatively impacted by several unique factors, among them (1) large sales by the official sector which own a significant portion of aggregate world holdings in gold and other precious metals, (2) a significant increase in hedging activities by producers of gold or other precious metals, (3) a significant change in the attitude of speculators and investors.

**Options** are contracts to purchase a security at a given price, risking that an option may expire out of the money resulting in minimal or no value. DWM will not invest in uncovered call options. Spread option positions entail buying and selling multiple options on the same underlying security, but with different strike prices or expiration dates, which helps limit the risk of other option trading strategies. Option transactions also involve risks including but not limited to economic risk, market risk, sector risk, idiosyncratic risk, political/regulatory risk, inflation (purchasing power) risk and interest rate risk.

**Non-U.S. securities** present certain risks such as currency fluctuation, political and economic change, social unrest, changes in government regulation, differences in accounting and the lesser degree of accurate public information available. Exposure to non-U.S. securities is primarily through ETFs.

An American depositary receipt (**ADR**) is a negotiable security that represents securities of a non-US company that trades in the US financial markets, which has certain of the same risks as investing directly in non-U.S. securities.

**Past performance is not indicative of future results. Investing in securities involves a risk of loss that you, as a client, should be prepared to bear.**

## Item 9: Disciplinary Information

### A. Criminal or Civil Actions

There are no criminal or civil actions to report.

### B. Administrative Proceedings

There are no administrative proceedings to report.

### C. Self-regulatory Organization (SRO) Proceedings

There are no self-regulatory organization proceedings to report.

# Item 10: Other Financial Industry Activities and Affiliations

## A. Registration as a Broker/Dealer or Broker/Dealer Representative

Neither DWM nor its representatives are registered as, or have pending applications to become, a broker/dealer or a representative of a broker/dealer.

## B. Registration as a Futures Commission Merchant, Commodity Pool Operator, or a Commodity Trading Advisor

Neither DWM nor its representatives are registered as or have pending applications to become either a Futures Commission Merchant, Commodity Pool Operator, or Commodity Trading Advisor or an associated person of the foregoing entities.

## C. Registration Relationships Material to this Advisory Business and Possible Conflicts of Interests

Brian Harold Doench is a licensed insurance agent. From time to time, he will offer clients advice or products from those activities. Clients should be aware that these services pay a commission or other compensation and involve a conflict of interest, as commissionable products conflict with the fiduciary duties of a registered investment adviser. DWM always acts in the best interest of the client; including the sale of commissionable products to advisory clients. Clients are in no way required to purchase such services or products through any representative of DWM in such individual's outside capacities.

Mr. Doench also owns a rental property through which he receives rental income.

## D. Selection of Other Advisers or Managers and How This Adviser is Compensated for Those Selections

DWM does not utilize nor select third-party investment advisers. All assets are managed by DWM.

# Item 11: Code of Ethics, Participation or Interest in Client Transactions and Personal Trading

## A. Code of Ethics

DWM has a written Code of Ethics that covers the following areas: Prohibited Purchases and Sales, Insider Trading, Personal Securities Transactions, Exempted Transactions, Prohibited Activities, Conflicts of Interest, Gifts and Entertainment, Confidentiality, Service on a Board of Directors, Compliance Procedures, Compliance with Laws and Regulations, Procedures and Reporting, Certification of Compliance, Reporting Violations, Compliance Officer Duties, Training and Education, Recordkeeping, Annual Review, and Sanctions. DWM's Code of Ethics is available free upon request to any client or prospective client.

## B. Recommendations Involving Material Financial Interests

DWM does not recommend that clients buy or sell any security in which a related person to DWM or DWM has a material financial interest.

## C. Investing Personal Money in the Same Securities as Clients

From time to time, representatives of DWM may buy or sell securities for themselves that they also recommend to clients. This may provide an opportunity for representatives of DWM to buy or sell the same securities before or after recommending the same securities to clients resulting in representatives profiting off the recommendations they provide to clients. Such transactions may create a conflict of interest. DWM will always document any transactions that could be construed as conflicts of interest and will never engage in trading that operates to the client's disadvantage when similar securities are being bought or sold.

## D. Trading Securities At/Around the Same Time as Clients' Securities

From time to time, representatives of DWM may buy or sell securities for themselves at or around the same time as clients. This may provide an opportunity for representatives of DWM to buy or sell securities before or after recommending securities to clients resulting in representatives profiting off the recommendations they provide to clients. Such transactions may create a conflict of interest; however, DWM will never engage in trading that operates to the client's disadvantage if representatives of DWM buy or sell securities at or around the same time as clients.

# Item 12: Brokerage Practices

## A. Factors Used to Select Custodians and/or Broker/Dealers

Custodians/broker-dealers will be recommended based on DWM's duty to seek "best execution," which is the obligation to seek execution of securities transactions for a client on the most favorable terms for the client under the circumstances. Clients will not necessarily pay the lowest commission or commission equivalent, and DWM may also consider the market expertise and research access provided by the broker-dealer/custodian, including but not limited to access to written research, oral communication with analysts, admittance to research conferences and other resources provided by the brokers that may aid in DWM's research efforts. DWM will never charge a premium or commission on transactions, beyond the actual cost imposed by the broker-dealer/custodian. DWM requires clients to use TD Ameritrade Institutional, a division of TD Ameritrade, Inc. Member FINRA/SIPC/NFA.

### 1. Research and Other Soft-Dollar Benefits

While DWM has no formal soft dollars program in which soft dollars are used to pay for third party services, DWM may receive research, products, or other services from custodians and broker-dealers in connection with client securities transactions ("soft dollar benefits"). DWM may enter into soft-dollar arrangements consistent with (and not outside of) the safe harbor contained in Section 28(e) of the Securities Exchange Act of 1934, as amended. There can be no assurance that any particular client will benefit from soft dollar research, whether or not the client's transactions paid for it, and DWM does not seek to allocate benefits to client accounts proportionate to any soft dollar credits generated by the accounts. DWM benefits by not having to produce or pay for the research, products or services, and DWM will have an incentive to recommend a broker-dealer based on receiving research or services. Clients should be aware that DWM's acceptance of soft dollar benefits may result in higher commissions charged to the client.

### 2. Brokerage for Client Referrals

DWM receives no referrals from a broker-dealer or third party in exchange for using that broker-dealer or third party.

### 3. Clients Directing Which Broker/Dealer/Custodian to Use

DWM will require clients to use a specific broker-dealer (the custodian, TD Ameritrade Institutional) to execute transactions.

12

### B. Aggregating (Block) Trading for Multiple Client Accounts

If DWM buys or sells the same securities on behalf of more than one client, then it may (but would be under no obligation to) aggregate or bunch such securities in a single transaction for multiple clients in order to seek more favorable prices, lower brokerage commissions, or more efficient execution. In such case, DWM would place an aggregate order with TD Ameritrade Institutional on behalf of all such clients in order to ensure fairness for all clients; provided, however, that trades would be reviewed periodically to ensure that accounts are not systematically disadvantaged by this policy. DWM would determine the appropriate number of shares and select the appropriate brokers consistent with its duty to seek best execution, except for those accounts with specific brokerage direction (if any).

## Item 13: Reviews of Accounts

### A. Frequency and Nature of Periodic Reviews and Who Makes Those Reviews

All client portfolio management accounts are reviewed at least quarterly by Brian H Doench with regard to clients' respective investment policies and risk tolerance levels. All accounts at DWM are assigned to this reviewer.

### B. Factors That Will Trigger a Non-Periodic Review of Client Accounts

Reviews may be triggered by material market, economic or political events, or by changes in client's financial situations (such as retirement, termination of employment, physical move, or inheritance).

### C. Content and Frequency of Regular Reports Provided to Clients

Each client will receive a monthly report detailing the client's account, including assets held, asset value, and calculation of fees. This written report will come from the custodian.

## Item 14: Client Referrals and Other Compensation

### A. Economic Benefits Provided by Third Parties for Advice Rendered to Clients (Includes Sales Awards or Other Prizes)

DWM does not receive any economic benefit, directly or indirectly from any third party for advice rendered to DWM's clients.

13

### B. Compensation to Non – Advisory Personnel for Client Referrals

DWM does not directly or indirectly compensate any person who is not advisory personnel for client referrals.

## Item 15: Custody

When advisory fees are deducted directly from client accounts at client's custodian, DWM will be deemed to have limited custody of client's assets and must have written authorization from the client to do so. Clients will receive all account statements and billing invoices that are required in each jurisdiction, and they should carefully review those statements for accuracy.

## Item 16: Investment Discretion

DWM provides discretionary and non-discretionary investment advisory services to clients. The Investment Advisory Contract established with each client sets forth the discretionary authority for trading. Where investment discretion has been granted, DWM generally manages the client's account and makes investment decisions without consultation with the client as to when the securities are to be bought or sold for the account, the total amount of the securities to be bought/sold, what securities to buy or sell, or the price per share. In some instances, DWM's discretionary authority in making these determinations may be limited by conditions imposed by a client (in investment guidelines or objectives, or client instructions otherwise provided to DWM.)

## Item 17: Voting Client Securities (Proxy Voting)

DWM will not ask for, nor accept voting authority for client securities. Clients will receive proxies directly from the issuer of the security or the custodian. Clients should direct all proxy questions to the issuer of the security.

## Item 18: Financial Information

### A. Balance Sheet

DWM neither requires nor solicits prepayment of more than $500 in fees per client, six months or more in advance, and therefore is not required to include a balance sheet with this brochure.

### B. Financial Conditions Reasonably Likely to Impair Ability to Meet Contractual Commitments to Clients

Neither DWM nor its management has any financial condition that is likely to reasonably impair DWM's ability to meet contractual commitments to clients.

### C. Bankruptcy Petitions in Previous Ten Years

DWM has not been the subject of a bankruptcy petition in the last ten years.

## Item 19: Requirements For State Registered Advisers

### A. Principal Executive Officers and Management Persons; Their Formal Education and Business Background

DWM currently has only one management person: Brian Harold Doench. Education and business background can be found on the individual's Form ADV Part 2B brochure supplement.

### B. Other Businesses in Which This Advisory Firm or its Personnel are Engaged and Time Spent on Those (If Any)

Other business activities for each relevant individual can be found on the Form ADV Part 2B brochure supplement for each such individual.

### C. How Performance-based Fees are Calculated and Degree of Risk to Clients

DWM does not accept performance-based fees or other fees based on a share of capital gains on or capital appreciation of the assets of a client.

### D. Material Disciplinary Disclosures for Management Persons of this Firm

There are no civil, self-regulatory organization, or arbitration proceedings to report under this section.

### E. Material Relationships That Management Persons Have With Issuers of Securities (If Any)

See Item 10.C and 11.B.