*This brochure supplement provides information about Brian Harold Doench that supplements the Doench Wealth Management, LLC brochure. You should have received a copy of that brochure. Please contact Brian Harold Doench if you did not receive Doench Wealth Management, LLC's brochure or if you have any questions about the contents of this supplement.*

*Additional information about Brian Harold Doench is also available on the SEC's website at www.adviserinfo.sec.gov.*

# Doench Wealth Management, LLC

Form ADV Part 2B – Individual Disclosure Brochure

*for*

## Brian Harold Doench

Personal CRD Number: 5362280

Investment Adviser Representative

Doench Wealth Management, LLC
1504 Bay Road, Suite 2901
Miami Beach, FL 33139
(843) 422-6478
briandoench@gmail.com

UPDATED: 12/19/2014

**EXHIBIT "2"**

## Item 2: Educational Background and Business Experience

**Name:**   Brian Harold Doench   **Born:** 1975

**Educational Background and Professional Designations:**

**Education:**

> Masters of Arts in Law and Diplomacy Development and Economics, Fletcher School of Law and Diplomacy, Tufts University – 2006
> Bachelor of Science, Evolutionary Biology, University of Colorado Boulder – 1999

**Business Background:**

> 04/2014 – Present       Principal & CCO
>                         Doench Wealth Management, LLC
>
> 06/2008 – 09/2014       Financial Advisor
>                         NEXT Financial Group, Inc.
>                         d/b/a Doench Wealth Management

## Item 3: Disciplinary Information

There are no legal or disciplinary events that are material to a client's or prospective client's evaluation of this advisory business.

## Item 4: Other Business Activities

Brian Harold Doench is a licensed insurance agent. From time to time, he will offer clients advice or products from those activities. Clients should be aware that these services pay a commission and involve a conflict of interest, as commissionable products conflict with the fiduciary duties of a registered investment adviser. Doench Wealth Management, LLC always acts in the best interest of the client; including the sale of commissionable products to advisory clients. Clients are in no way required to utilize the services of any representative of Doench Wealth Management, LLC in such individual's outside capacities.

Mr. Doench also owns a rental property through which he receives rental income.

## Item 5: Additional Compensation

Brian Harold Doench does not receive any economic benefit from any person, company, or organization, other than Doench Wealth Management, LLC in exchange for providing clients advisory services through Doench Wealth Management, LLC.

## Item 6: Supervision

As the only owner and representative of Doench Wealth Management, LLC, Brian Harold Doench supervises all activities of the firm. Brian Harold Doench's response information is on the cover page of this disclosure document. Brian Harold Doench adheres to all required regulations regarding the activities of an Investment Adviser Representative and follows all policies and procedures outlined in the firm's policies and procedures manual, including the Code of Ethics, and appropriate securities regulatory requirements.

## Item 7: Requirements For State Registered Advisers

*This disclosure is required by Florida state securities authorities and is provided for your use in evaluating this investment advisor representative's suitability.*

A. Brian Harold Doench has NOT been involved in any of the events listed below.

1. An award or otherwise being found liable in an arbitration claim alleging damages in excess of $2,500, involving any of the following:
   a) an investment or an investment-related business or activity;
   b) fraud, false statement(s), or omissions;
   c) theft, embezzlement, or other wrongful taking of property;
   d) bribery, forgery, counterfeiting, or extortion; or
   e) dishonest, unfair, or unethical practices.

2. An award or otherwise being found liable in a civil, self-regulatory organization, or administrative proceeding involving any of the following:
   a) an investment or an investment-related business or activity;
   b) fraud, false statement(s), or omissions;
   c) theft, embezzlement, or other wrongful taking of property;
   d) bribery, forgery, counterfeiting, or extortion; or
   e) dishonest, unfair, or unethical practices.

B. Brian Harold Doench has NOT been the subject of a bankruptcy petition in the past ten years.