AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DAVID "RYAN" MCCAIGUE, an individual<br><br>*Plaintiff(s)*<br>v.<br><br>DOENCH WEALTH MANAGEMENT, LLC;<br>and BRIAN H. DOENCH, an individual<br><br>*Defendant(s)* | Civil Action No.<br><br>20-CV-61321-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DOENCH WEALTH MANAGEMENT, LLC
1712 Mattox Court
Charlottesville, Virginia 22903

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David C. Silver, Esq.
Silver Miller
11780 W. Sample Road
Coral Springs, FL 33065
E-mail: DSilver@SilverMillerLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 2, 2020



Angela E. Noble
Clerk of Court

SUMMONS

s/ Alisha Beasley-Martin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DAVID "RYAN" MCCAIGUE, an individual<br><br>*Plaintiff(s)*<br>v.<br><br>DOENCH WEALTH MANAGEMENT, LLC;<br>and BRIAN H. DOENCH, an individual<br><br>*Defendant(s)* | Civil Action No.<br><br>20-CV-61321-WPD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  BRIAN H. DOENCH
1712 Mattox Court
Charlottesville, Virginia 22903

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David C. Silver, Esq.
Silver Miller
11780 W. Sample Road
Coral Springs, FL 33065
E-mail: DSilver@SilverMillerLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 2, 2020



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Alisha Beasley-Martin*
Deputy Clerk
U.S. District Courts