**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

Civil Action No. 0:20-cv-61321-WPD

DAVID "RYAN" McCAIGUE, an individual,

     Plaintiff,

vs.

DOENCH WEALTH MANAGEMENT, LLC;
and BRIAN H. DOENCH, an individual,

     Defendants.

_____/

## NOTICE OF APPEARANCE

Notice is hereby given that Kimberly T. Mydock, Esq. of McGuireWoods LLP enters her appearance as counsel for Defendants Doench Wealth Management, LLC and Brian H. Doench in the instant case.  All pleadings, papers, and correspondence in this matter should be served upon the undersigned counsel.

Dated:  July 22, 2020                    **McGuireWoods LLP**


By:____*/s/ Kimberly T. Mydock*_____
    Kimberly T. Mydock (FL Bar No. 100571)
    kmydock@mcguirewoods.com
    50 North Laura Street, Suite 3300
    Jacksonville, FL  32202-3661
    Telephone:  904-798-3200
    Facsimile:   904-798-3207

    Larissa LPC Sneathern
    (*pro hac vice forthcoming)*
    lsneathern@mcguirewoods.com
    652 Peter Jefferson Parkway
    Suite 350
    Charlottesville, VA 22911
    Telephone: 434-977-2593
    Facsimile:  434-980-2222

*Attorneys and Trial Counsel for Defendants Doench*
*Wealth Management, LLC and Brian H. Doench*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 22, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David Silver, Esq.
D.Silver@SilverMillerLaw.com
11780 W. Sample Road
Coral Springs, Florida 33066
*Attorney for Plaintiff David "Ryan" McCaigue*


*/s/ Kimberly T. Mydock*