**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

Civil Action No. 0:20-cv-61321-WPD

DAVID "RYAN" McCAIGUE, an individual,

    Plaintiff,

vs.

DOENCH WEALTH MANAGEMENT, LLC;
and BRIAN H. DOENCH, an individual,

    Defendants.

_____/

**DEFENDANTS' UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Defendants Doench Wealth Management, LLC and Brian H. Doench (collectively, "Defendants"), hereby respectfully move the Court for entry of an unopposed Order granting a thirty (30) day enlargement of time for Defendants to serve their responses to the Complaint filed by Plaintiff David "Ryan" McCaigue, and in support state as follows:

    1.    On July 1, 2020, Plaintiff David "Ryan" McCaigue filed a Complaint (the "Complaint") bearing the above caption and assigned the case number 0:20-cv-61321, against Defendants. [D.E. 1].

    2.    On July 6, 2020, Defendants were served with the Complaint.

    3.    Pursuant to Federal Rules of Civil Procedure 12(a)(1)(A)(i) and 6(a), Defendants' responses to the Complaint are currently due Monday, July 27, 2020.

    4.    Defendants seek a thirty (30) day enlargement of time, through and including Wednesday, August 26, 2020, to respond to the Complaint.

5. Defendants and their counsel seek the additional time due to their recent engagement in the matter and in order to adequately investigate the claims and factual allegations in the Complaint and to prepare the responses.

6. Counsel for Defendants has conferred with Plaintiff's counsel; this Motion is not opposed.

7. This Motion is made in good faith and not for purposes of delaying the ultimate resolution of this case.

### Memorandum of Law

Rule 6(b) of the Federal Rules of Civil Procedure provides that this Court has the discretion to enlarge any time prescribed by the federal rules, local rules, or court order. Here, Defendants are seeking an unopposed enlargement of time to respond to the Complaint before their time period to respond has expired. Since this extension of time is sought in good faith, not for any purposes of delay, and is requested for the preparation of responses to the Complaint, Defendants respectfully request that the Court grant their request for an enlargement of time.

WHEREFORE, Defendants respectfully request a thirty (30) day enlargement of time through and including Wednesday, August 26, 2020 in which to serve responses to Plaintiff David "Ryan" McCaigue's Complaint.

### Certificate of Compliance with Local Rule 7.1(a)(3)

Counsel for Defendants hereby certify that they have conferred with counsel for Plaintiff David "Ryan" McCaigue prior to the filing of this Motion and that counsel does not oppose the relief requested by this Motion.

Dated:  July 22, 2020 　　　　　　　　　　**M<small>C</small>G<small>UIRE</small>W<small>OODS</small> LLP**

　　　　　　　　　　By:  */s/ Kimberly T. Mydock*
　　　　　　　　　　Kimberly T. Mydock (FL Bar No. 100571)
　　　　　　　　　　kmydock@mcguirewoods.com
　　　　　　　　　　50 North Laura Street, Suite 3300
　　　　　　　　　　Jacksonville, FL  32202-3661
　　　　　　　　　　Telephone:  904-798-3200
　　　　　　　　　　Facsimile:   904-798-3207

　　　　　　　　　　Larissa LPC Sneathern (*pro hac vice forthcoming*)
　　　　　　　　　　lsneathern@mcguirewoods.com
　　　　　　　　　　652 Peter Jefferson Parkway
　　　　　　　　　　Suite 350
　　　　　　　　　　Charlottesville, VA 22911
　　　　　　　　　　Telephone: 434-977-2593
　　　　　　　　　　Facsimile:  434-980-2222

　　　　　　　　　　*Attorneys and Trial Counsel for Defendants Doench Wealth Management, LLC and Brian H. Doench*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 22, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David Silver, Esq.
D.Silver@SilverMillerLaw.com
11780 W. Sample Road
Coral Springs, Florida 33066
*Attorney for Plaintiff David "Ryan" McCaigue*

                                                  */s/ Kimberly T. Mydock*