UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Civil Action No. 0:20-cv-61321-WPD

DAVID "RYAN" McCAIGUE, an individual,

    Plaintiff,

vs.

DOENCH WEALTH MANAGEMENT, LLC;
and BRIAN H. DOENCH, an individual,

    Defendants.
_____/

### DEFENDANTS' NOTICE OF FILING PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rule 7.1(a)(2), Defendants Doench Wealth Management, LLC and Brian H. Doench, by and through the undersigned counsel, hereby submit the attached proposed Order Granting their Unopposed Motion for Enlargement of Time to Respond to Complaint [D.E. 6].

Dated:  July 22, 2020

**MCGUIREWOODS LLP**

By: /s/ Kimberly T. Mydock
Kimberly T. Mydock (FL Bar No. 100571)
kmydock@mcguirewoods.com
50 North Laura Street, Suite 3300
Jacksonville, FL  32202-3661
Telephone:  904-798-3200
Facsimile:   904-798-3207

Larissa LPC Sneathern (*pro hac vice forthcoming*)
lsneathern@mcguirewoods.com
652 Peter Jefferson Parkway
Suite 350
Charlottesville, VA 22911
Telephone: 434-977-2593
Facsimile:  434-980-2222

*Attorneys and Trial Counsel for Defendants Doench Wealth Management, LLC and Brian H. Doench*

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on July 22, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David Silver, Esq.
D.Silver@SilverMillerLaw.com
11780 W. Sample Road
Coral Springs, Florida 33066
*Attorney for Plaintiff David "Ryan" McCaigue*


            */s/ Kimberly T. Mydock*