**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

Civil Action No. 0:20-cv-61321-WPD

DAVID "RYAN" McCAIGUE, an individual,

    Plaintiff,

vs.

DOENCH WEALTH MANAGEMENT, LLC;
and BRIAN H. DOENCH, an individual,

    Defendants.
_____/

## **PROPOSED ORDER**

Defendants, by counsel, and with the concurrence of Plaintiff's counsel, have sought an extension of time in which to file responsive pleadings to Plaintiff's Complaint. Such Unopposed Motion For Enlargement of Time To Respond To Complaint is hereby **GRANTED**, and Defendants shall have up to and including August 26, 2020 in which to file responsive pleadings to Plaintiff's Complaint.

The Clerk shall certify a copy of this Order to all counsel of record.

ENTERED: July ___, 2020.

                                                              _____
                                                              William P. Dimitrouleas
                                                              United States District Judge